Law Office of Ilevu Yakubov
8002 Kew Gardens Road
Suite 300
Queens, New York 11415
Phone: (718) 772-8704
Leo@YakubovLaw.com
Ilevu Yakubov, Esq.

*Proposed Counsel for the Debtor*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------x
In re:                                          :
                                                :        Chapter 11
         TCN Liberty Management Inc.,           :
                                                :        Case No. 19-45129 (ESS)
                  Debtor.                       :
-------------------------------------------------------x

## AFFIDAVIT OF AVRAAM BORUCHOV

Avraam Boruchov affirms under penalty of perjury pursuant to 28 U.S.C. § 1746 and states as follows

1. I am the Chief Executive Officer (a) to BNYH11 Management, Inc ("BNY") and (b) to the above-captioned debtor and debtor-in-possession (the "Debtor").

2. I make this affirmation on behalf of BNY and on behalf of the Debtor's application to retain the Law Office of Ilevu Yakubov (the "Firm") to represent the Debtor as its attorney under a general retainer.

3. BNY has provided (a) the sum of $5,000 as a retainer and (b) the sum of $1,717 as the required chapter 11 filing fee (together, the "Retainer") to the Firm to secure legal services and advice for the Debtor. I understand that the Firm's duty of loyalty lies with the Debtor and not to BNY, and BNY has agreed to these terms.

4. The Debtor consents to payment by BNY of the Retainer on its behalf.

1

5. BNY has no conflicts of interest, potential conflicts of interest or claims against the Debtor, and the Debtor has none against BNY. BNY has no equity security interests in the Debtor.

6. BNY waives all claims against the Debtor on account of the Retainer, and will not make any claim against the Debtor's estate for recovery of those funds.

7. The Debtor does not owe any money to BNY or to any entity that BNY controls or owns.

8. The Firm does not owe any money to BNY or any entity that BNY controls or owns.

9. Neither BNY nor any entity it controls is currently interested in bidding on or refinancing any of the Debtor's assets. However, inasmuch as the Debtor's reorganization efforts are expected to involve payments to secured creditors, BNY may in the future elect to participate in such payments, either alone or in conjunction with other entities. Should BNY determine to participate in such payments, it will provide appropriate written notice to all interested parties.

10. Payment of the Retainer to Counsel (1) was made with the full knowledge and consent of the Debtor; (2) the Debtor expressly consented to the arrangement; (3) BNY has been advised and understands that the Firm's duty of undivided loyalty is owed exclusively to the Debtor; (4) the factual and legal relationship with the Debtor is as set forth above; (5) in light of the above circumstances and since BNY will waive any claim for the fees advanced and will, thus, not be a creditor to the estate, the Debtor believes that there exists no actual or potential conflict of interest as a result of Steven Kates's payment of Counsel's fees herein.

Dated: Queens, New York
      September 1st, 2019

_____
Avraam Boruchov
Chief Executive Officer

### TO BE USED ONLY WHEN THE ACKNOWLEDGMENT IS MADE IN NEW YORK STATE

**STATE OF NEW YORK**

**COUNTY OF QUEENS**

On the 17 day of September in the year 2019 before me, the undersigned, personally appeared Avraam Boruchov personally known to me or proved to me on the basis of satisfactory evidence to be the individual whos' name is subscribed to the within instrument and acknowledged to me that he executed the same in his capacity, and that by his signature on the instrument, the individual or person on behalf of which the individual acted, executed the instrument.

_____
Ilevu "Leo" Yakubov
NOTARY

ILEVU YAKUBOV
Notary Public, State of New York
02YA6327144
Qualified in Queens County
Commission Expires June 29, 20__